*Adrian P. Burke, Corporation Counsel* (*W. Bernard Richland* and *Pauline K. Berger* of counsel), for appellants.

*Leonard M. Wallstein* and *Leonard M. Wallstein, Jr.,* for respondents and interveners-respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of JOSEPH LO PRESTI, by His Attorney-in-Fact, THOMAS LO PRESTI, Respondent, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant, et al., Defendant.

Argued October 22, 1954; decided December 31, 1954.

*Beatrice Shainswit* and *Walter S. Fried* for appellant.

*Carmelo A. Parlato* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

LUCY COCCARO, Respondent, *v.* ANTHONY COCCARO, Appellant.

Argued November 29, 1954; decided December 31, 1954.